IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Cynthia L. Payton, | ) | C/A No.: 8:13-cv-0180 DCN JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon defendant's Motion to Remand. This motion was filed on December 31, 2013. It appears from the record that plaintiff consents to this motion.

**IT IS THEREFORE ORDERED** that the Motion to Remand is hereby **GRANTED**, and this case is hereby remanded pursuant to sentence six of 42 U.S.C. § 405(g).

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

January 7, 2014
Charleston, South Carolina